AMIN TALATI WASSERMAN, LLP
Matthew R. Orr, Bar No. 211097
William P. Cole, Bar No. 186772
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
matt@amintalati.com
william@amintalati.com
richard@amintalati.com

Attorneys for Defendant REBBL, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHVA ROFFMAN, as individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REBBL, INC.,<br><br>Defendant. | Case No.:  3:22-cv-05290-TSH<br>Judge: Magistrate Judge Thomas S. Hixson<br>Courtroom G- 15th Floor<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT REBBL, INC.; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant REBBL, INC. has retained Amin Talati Wasserman LLP to substitute as counsel for Theodora Oringher, PC in the above-captioned matter.

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant REBBL, INC.:

> AMIN TALATI WASSERMAN, LLP
> Matthew R. Orr
> William P. Cole
> Richard L. Hyde
> 515 South Flower St., 18th Floor
> Los Angeles, CA  90071
> Tel:   (213) 933-2330
> Fax:   (312) 884-7352
> matt@amintalati.com
> william@amintalati.com
> richard@amintalati.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: November 8, 2022            REBBL, INC.

*[signature]*
Renée Starow

Dated: November 8, 2022            THEODORA ORINGHER, PC

/s/Samuel G. Fogas
Samuel G. Fogas

Dated: November 8, 2022            AMIN TALATI WASSERMAN, LLP

/s/ Matthew R. Orr
Matthew R. Orr

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  November 8, 2022                    AMIN TALATI WASSERMAN, LLP

/s/ *Matthew R. Orr*
Matthew R. Orr

Attorneys for REBBL, Inc.

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____            _____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

(United States District Court)

I hereby certify that on the 9th day of November, 2022, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Matthew R. Orr*
Matthew R. Orr