| | |
|---|---|
| **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile:  (415) 449-6469<br><br>*Attorneys for Plaintiff* | **AMIN WASSERMAN GURNANI, LLP**<br>Matthew R. Orr (State Bar No. 211097)<br>  morr@awglaw.com<br>William P. Cole (State Bar No. 186772)<br>  wcole@awglaw.com<br>Richard L. Hyde (State Bar No. 286023)<br>  rhyde@awglaw.com<br>Cole Kroshus (State Bar No. 345790)<br>  ckroshus@awglaw.com<br>515 South Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 933-2330<br>Facsimile:  (312) 884-7352<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHVA ROFFMAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>REBBL, INC.,<br><br>                                         Defendant. | Case No. 4:22-cv-05290-JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO STAY CASE** |

PLEASE TAKE NOTICE, that Plaintiff Mehva Roffman and Defendant Rebbl, Inc. ("Defendant") (collectively, the "Parties") by and through their undersigned counsel and subject to approval of this Court, hereby file this Notice of Settlement and Stipulation to Stay All Deadlines.

All matters in controversy between the Parties have been settled in principle. The Parties are in the process of effectuating their settlement agreement. This Court requested a joint status report regarding discovery by March 28, 2025. *See* ECF No. 66. Based on the foregoing, the Parties hereby stipulate to a stay of the proceedings between the Parties, including all deadlines, until July 3, 2025. The Parties shall file a status report or dismissal by July 3, 2025.

**STIPULATED AND AGREED.**

- 1 -
STIPULATION AND [PROPOSED] ORDER – CASE NO. 3:22-CV-05290-JSW

Dated: March 26, 2025.

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **AMIN WASSERMAN GURNANI, LLP** |
| *s/ Seth A. Safier* | *s/ Cole Kroshus* |
| Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiff* | Matthew R. Orr (State Bar No. 211097)<br>  morr@awglaw.com<br>William P. Cole (State Bar No. 186772)<br>  wcole@awglaw.com<br>Richard L. Hyde (State Bar No. 286023)<br>  rhyde@awglaw.com<br>Cole Kroshus (State Bar No. 345790)<br>  ckroshus@awglaw.com<br>515 South Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 933-2330<br>Facsimile: (312) 884-7352<br><br>*Attorneys for Defendant* |

**PURSUANT TO STIPULATION, IT IS ORDERED** that all proceedings shall be stayed between the Parties, including all deadlines, until July 3, 2025. The Parties shall file a status report or dismissal by July 3, 2025.

DATED: March 26, 2025      By: _____
The Honorable Jeffrey S. White
Senior District Court Judge