**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHVA ROFFMAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>REBBL, INC.,<br><br>                              Defendant. | Case No. . 4:22-cv-05290-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

15273164V.2

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the voluntarily dismissal of all of Plaintiff's claims in this action with prejudice and putative class member claims without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: July 22, 2025

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **AMIN TALATI WASSERMAN, LLP** |
| /s/ | /s/ |
| Seth A. Safier (State Bar No. 197427) | Matthew R. Orr (State Bar No. 211097) |
| seth@gutridesafier.com | matt@amintalati.com |
| Marie A. McCrary (State Bar No. 262670) | William P. Cole (State Bar No. 186772) |
| marie@gutridesafier.com | william@amintalati.com |
| 100 Pine Street, Suite 1250 | 515 South Flower Street, 18th Floor |
| San Francisco, CA 94111 | Los Angeles, CA 90071 |
| Telephone: (415) 639-9090 | Telephone: (213) 933-2330 |
| Facsimile: (415) 449-6469 | Facsimile: (312) 884-7352 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: July 22. 2024

**GUTRIDE SAFIER LLP**

<u>/s/Seth A. Safier/s/</u>
Seth A. Safier, Esq.

*Attorney for Plaintiff*